IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL HODGE, et al.,

    Plaintiffs,

vs.                                                Civ. No. 99-561 DJS/WWD ACE

SGT. MARK RHOADS, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter having come before the Court upon Defendants' Motion to Extend Deadline for Expert Witness Report to be Finalized [docket no. 68]; the Court having reviewed the submissions of counsel; and the Court having found that the motion is well taken:

**IT IS ORDERED** that Defendant's shall have until and including March 3, 2000, to submit expert witness reports[1].

                                                              _____
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel should be accommodating in the scheduling of the depositions of these experts.