IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL HODGE and CHRIS MACKEY,

    Plaintiffs,

vs.                                                        Civ. No. 99-561 DJS/WWD ACE

SGT. MARK RHOADS, OFFICER SHAW, OFFICER
PORTER, OFFICER PATTERSON, all in their
Individual and Official capacities as police officers
in Hobbs, New Mexico; CHIEF OF POLICE KNOTT
in his Official and Individual capacity, and THE CITY
OF HOBBS, NEW MEXICO,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendants' Second Motion to Extend Deadline for Expert Witness Report to be Finalized [docket no. 82] filed March 30, 2000. The motion is well taken. Accordingly, Defendants are allowed until and including March 9, 2000, in which to serve the report of Defendants' expert Gary LaFree.

**IT IS SO ORDERED**.

                                                            _____
                                                            UNITED STATES MAGISTRATE JUDGE